## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128−7716
(305)523−5100

Date: July 19, 2023

**Clerk of Circuit and County Courts**
17th Judicial Circuit of Florida
230 Broward County Courthouse
201 South East 6th Street RM 4130
Ft. Lauderdale, FL 33301

RE:  District Court Case No.: 0:23−cv−61326−RS

State Court Case No.: CACE 19−011770

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

Angela E. Noble, Clerk of Court

By  _/s/ Ruth Bissainthe_
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**  
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09  
Miami, Florida 33128–7716  
(305)523–5100

Date: July 19, 2023

**Clerk of Circuit and County Courts**  
17th Judicial Circuit of Florida  
230 Broward County Courthouse  
201 South East 6th Street  
Ft. Lauderdale, FL 33301

RE:  District Court Case No.: 0:23–cv–61326–RS

    State Court Case No.: CACE 19–011770

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**  
The undersigned hereby acknowledges receipt of the District Court's certified copy of the Order of Remand.

By:_____  
   Deputy Clerk

On:_____

Angela E. Noble, Clerk of Court

By  /s/ *Ruth Bissainthe*  
Deputy Clerk