UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61326-RS

US BANK TRUST N.A,

    Plaintiff,

v.

JANICE ELLERY, *et al.*

    Defendants.

_____/

### ORDER TO SHOW CAUSE

This matter is before the Court upon a *sua sponte* examination of the record. Defendant filed an Amended Notice of Removal [DE 9] in this matter on November 15, 2023. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant's response to Plaintiff's Complaint was therefore due on or before November 22, 2023. However, a review of the record indicates that Defendant has not responded to Plaintiff's Complaint, nor has Defendant otherwise defended against the claim brought by Plaintiff. Accordingly, it is hereby,

**ORDERED** that:

1. Defendant shall file a response in this Court to Plaintiff's Complaint on or before **December 14, 2023**.

2. Any response to Defendant's Notice of Removal is due in this Court on or before **December 15, 2023**.

3. Failure to comply with this Order may result in the imposition of sanctions, including final dismissal of this matter, without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of November, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE